

# IN THE
# TENTH COURT OF APPEALS

## No. 10-12-00387-CR

**RACHEL ANN BARLEY,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 413th District Court**
**Johnson County, Texas**
**Trial Court No. F45313**

## MEMORANDUM OPINION

Appellant, Rachel Ann Barley, appealed her convictions for three counts of assault of a public servant. *See* TEX. PENAL CODE ANN. § 22.01(b)(1) (West 2011). On October 31, 2012, appellant filed a motion to dismiss the appeal, wherein appellant "prays that the Notice of Appeal herein be deemed withdrawn by this Court and the appeal herein dismissed." Both appellant and her attorney signed the motion to dismiss.

Appellant's motion to dismiss is granted, and this appeal is hereby dismissed.

*See* TEX. R. APP. P. 42.2(a).

AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion to dismiss granted; appeal dismissed
Opinion delivered and filed November 8, 2012
Do not publish
[CR25]